934

No. 248.   LAWSON *v.* UNITED STATES; and

No. 249.   TRUMBO *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.   *Robert W. Kenny, Charles H. Houston, Bartley C. Crum* and *Martin Popper* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for the United States.   Briefs of *amici curiae* supporting petitioner in No. 248 were filed by *Arthur Garfield Hays* and *Osmond K. Fraenkel* for the American Civil Liberties Union et al.; and *Allan Rosenberg* for the Samuel Adams School for Social Studies.   Briefs of *amici curiae* supporting petitioners were filed by *Max Radin* for Meiklejohn et al.; *Harold M. Sawyer* for the National Union of Marine Cooks and Stewards; *William L. Standard* for the Congress of American Women and for the Conference of Studio Unions et al.; *Victor Rabinowitz, Nathan Witt* and *Leonard B. Boudin* for the American Communications Association (CIO) et al.; *Leo J. Linder* for the Methodist Federation for Social Action; *Samuel Neuburger* for the American Slav Congress; *Will Maslow, Thurgood Marshall, Shad Polier* and *Joseph B. Robison* for the American Jewish Congress et al.; *Lester M. Levin* for the National Council of the Arts, Sciences and Professions; and *John J. Abt* for the Progressive Party of America et al.   *Louis Waldman* filed a brief, as *amicus curiae,* for the American Writers Association, Inc., supporting the United States.

